1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
2  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
   Mount & Stoelker, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA  95110-2740
   Phone: (408) 279-7000
5  Fax:    (408) 998-1473
   Email: dmount@mount.com
6          dfingerman@mount.com

7  Attorneys for O.M., Inc.

8
   C. Todd Norris (Cal. Bar No. 181337)
9  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
10 San Francisco CA 94108-2823
   Phone: (415) 352-2720
11 Fax:    (415) 352-2701
   Email: Todd.Norris@bullivant.com
12
   Attorneys for Defendants
13

14
                    United States District Court
15                  Northern District of California

16 O.M., Inc.                        )  Case No. 3:09-cv-03661-MEJ
                                     )
17         Plaintiff                 )  **Stipulation To Extend Time To Answer and**
                                     )  ~~[Proposed]~~ **Order**
18 vs.                               )
                                     )
19                                   )
                                     )
20 Aqui LLC; Sarah Drain; Angie Duncan )
                                     )
21         Defendants                )
                                     )
22 _____   )

Plaintiff O.M., Inc. and defendants Aqui LLC, Sarah Drain, and Angie Duncan stipulate as follows:

1. Defendants Aqui LLC and Sarah Drain were served on October 9, 2009.

2. Defendant Angie Duncan was served on October 13, 2009.

3. The parties have reached an agreement in principle to settle this case and are working to prepare a formal settlement agreement and a stipulated judgment.

4. The parties jointly request an extension of time for the defendants to answer the complaint and will use this extra time to finalize the settlement agreement and the stipulated judgment. The parties intend to resolve this case by their settlement agreement and stipulated judgment by the extended answer deadline.

5. Accordingly, the parties request a new deadline for all defendants to answer the complaint on November 30, 2009.

It is so stipulated:

Date: October 26, 2009        Mount & Stoelker, P.C.,
                              /s/ Dan Fingerman
                              Attorneys for O.M., Inc.

Date: October 26, 2009        Bullivant Houser Bailey PC,
                              /s/ C. Todd Norris
                              Attorneys for Defendants

As the attorney electronically filing this document, I attest that C. Todd Norris has concurred in this filing.

Date: October 26, 2009        Mount & Stoelker, P.C.,
                              /s/ Dan Fingerman
                              Attorneys for O.M., Inc.

Pursuant to stipulation, IT IS SO ORDERED. All defendants' answers will be due on November 30, 2009.

Date: October 27, 2009        _____
                              U.S. Magistrate Judge Maria-Elena James