1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
2  Mount & Stoelker, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA  95110-2740
   Phone: (408) 279-7000
5  Fax:     (408) 998-1473
   Email: dmount@mount.com
6           dfingerman@mount.com

7  Attorneys for O.M., Inc.

8  C. Todd Norris (Cal. Bar No. 181337)
9  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
10 San Francisco CA 94108-2823
   Phone: (415) 352-2720
11 Fax:     (415) 352-2701
   Email: Todd.Norris@bullivant.com
12
13 Attorneys for Defendants

United States District Court
Northern District of California

| | |
|---|---|
| O.M., Inc. | Case No. 3:09-cv-03661-MEJ |
| Plaintiff | **Stipulation To Extend Case Management Dates and [Proposed] Order** |
| vs. | |
| Aqui LLC; Sarah Drain; Angie Duncan | |
| Defendants | |

Plaintiff O.M., Inc. and defendants Aqui LLC, Sarah Drain, and Angie Duncan stipulate as follows:

1. Defendants Aqui LLC and Sarah Drain were served on October 9, 2009.

2. Defendant Angie Duncan was served on October 13, 2009.

3. The parties have reached an agreement in principle to settle this case and are working to prepare a formal settlement agreement and a stipulated judgment.

4. On October 27, 2009, the court entered an order extending the time for the defendants to answer the complaint, so that the parties could use the extra time to finalize the settlement agreement and the stipulated judgment. The defendants' deadline to answer was extended to November 30, 2009. At that time, the parties represented to the court that they intended to resolve this case by their settlement agreement and stipulated judgment by the extended answer deadline.

5. The parties request an extension of the case management dates, so that they can finalize the settlement agreement and the stipulated judgment without incurring the extra costs associated with counsel preparing a joint case management report and attending the case management conference. The parties still intend to resolve this case by their settlement agreement and stipulated judgment by November 30, 2009. The parties believe they can do so, which would avoid the need for a case management conference.

6. The present case management deadlines, were set by the court's initial scheduling order on August 10, 2009:

    a. <u>November 12, 2009</u>: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov)

    b. <u>November 19, 2009</u>: INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. B, 15th Floor, SF at 10:00 A.M.

7. The parties request that the case management deadlines be extended as follows:

    a. <u>December 10, 2009</u>: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1   Statement per attached Standing Order re Contents of Joint Case Management
2   Statement (also available at   http://www.cand.uscourts.gov)
3       b.   <u>December 17, 2009</u>: INITIAL CASE MANAGEMENT CONFERENCE
4   (CMC)  in Ctrm. B, 15th Floor, SF at 10:00 A.M.

5   It is so stipulated:

6   Date: November 12, 2009    Mount & Stoelker, P.C.,
7                       /s/ Dan Fingerman
    Attorneys for O.M., Inc.

8   Date: November 12, 2009    Bullivant Houser Bailey PC,
9                       /s/ C. Todd Norris
    Attorneys for Defendants

10

11   As the attorney electronically filing this document, I attest that C. Todd Norris has concurred
12   in this filing.

13   Date: November 12, 2009    Mount & Stoelker, P.C.,
14                       /s/ Dan Fingerman
    Attorneys for O.M., Inc.

15

16   Pursuant to stipulation, IT IS SO ORDERED.

17
18   Date: __November 17, 2009_____    _____
19                       U.S. Magistrate Judge Maria-Elena James

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000